CHARLES R. BURMAN, SR. *v.* STATE OF MARYLAND

[No. 8B, September Term, 1981.]

*Decided February 16, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

PER CURIAM ORDER

It is this 16th day of February, 1982

ORDERED, by the Court of Appeals of Maryland, that the case be, and it is hereby, remanded to the Court of Special Appeals with instructions that it vacate the judgment of the Criminal Court of Baltimore and remand to that Court for a further hearing, at which both parties may present evidence, in light of *Williams v. State,* 292 Md. 201, 438 A.2d 1301 (1981) and *Curtis v. State,* 284 Md. 132, 395 A.2d 464 (1978).